UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KENNETH R. DAVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:18-CV-346-TAV-HBG |
| | ) |
| RESOLUTION MANAGEMENT | ) |
| CONSULTANTS, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant Resolution Management Consultants, Inc.'s Motion to Amend Notice of Removal [Doc. 11] and Defendants Resolution Management Consultants, Inc., and Jeffrey B. Kozek's Motion for Extension of Time to File Answer/Responsive Motion [Doc. 12]. In the former Motion, Defendant Resolution Management Consultants, Inc., ("RMC") states that it filed a Notice of Removal of August 22, 2018. In the Notice, Defendant RMC incorrectly stated that Defendant Jerry Thibodeau is a resident of New Jersey. Defendant RMC states that Defendant Thibodeau is actually a resident of Pennsylvania. The Motion seeks to correct the record by filing an Amended Notice of Removal. Defendant RMC attached the Amended Notice of Removal as an exhibit to its Motion [Doc. 11-1]. Accordingly, given that the Amended Notice of Removal simply corrects an inaccurate statement, the Court finds Defendant RMC's Motion to Amend Notice of Removal [**Doc. 11**] well taken, and it is **GRANTED**. Defendant RMC shall file its Amended Notice of Removal on or before **September 5, 2018**.

With respect to Defendants RMC and Kozek's Motion for Extension, they assert that their response to the Complaint is due on August 29, 2018. Defendants state that on August 23, 2018, the Court ordered them to meet and confer with Plaintiff prior to filing a motion to dismiss. Defendants have tried to contact Plaintiff via numerous emails and telephone numbers but to no avail. Defendants seek an additional fourteen (14) days in order to meet and confer with Plaintiff. Accordingly, for good cause shown, Defendants' Motion for Extension of Time to File Answer/Responsive motion [**Doc. 12**] is **GRANTED**. Defendants RMC and Kozek shall file their response to the Complaint on or before **September 12, 2018**.

    **IT IS SO ORDERED**.

    ENTER:

_____
United States Magistrate Judge